

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Nicholas R. Ciappetta
**Administrative Law Division**
(212) 356-2215
Facsimile: (212) 356-2019
nciappet@law.nyc.gov

August 29, 2016

**BY ECF**

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  Austria Bueno v. City of New York, 16 CV 1749 (NG)(RML)

Dear Judge Levy:

        I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York. This Office represents the City of New York in the above-referenced action. I write to respectfully request that the Court grant an additional two-week extension of time for Defendant to answer or otherwise respond to the First Amended Complaint, from September 1, 2016 to September 15, 2016.

        This is Defendant's second application for an extension of time to respond to the First Amended Complaint. Your Honor approved the first request for an extension on July 25, 2016. An additional extension is necessary to enable Defendant to review the First Amended Complaint in a thorough manner. Counsel for Defendant had a number of other court ordered deadlines in the month of August that made it difficult to review the newly-added allegations and claims. I have reached out to counsel for Plaintiff and obtained his consent to this extension. Accordingly, we respectfully request that the Defendant's time to answer the First Amended Complaint be extended to September 15, 2016. This request will not impact any other deadlines.

        Thank you for your consideration of this request.

Respectfully submitted,

*Nicholas Ciappetta*

Nicholas Ciappetta (NC 1014)

cc:   Robert Sanderman, Esq. (by email)