UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

AUSTRIA BUENO,

                Plaintiff,

- against -

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------- X

16 Civ. 1749 (NG)(RML)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 0 6 2017 ★
BROOKLYN OFFICE

**Stipulation and Order of Discontinuance**

This action is hereby dismissed with prejudice, each party to bear its own costs.

Dated:    New York, New York
             December 28, 2016

QUEENS LEGAL SERVICES
Attorneys for Plaintiff

By: _____

Robert Sanderman, Esq.
89-00 Sutphin Boulevard, 5th Floor
Jamaica, New York 11435

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for the Defendant

By: _____

Nicholas R. Ciappetta, Esq.
100 Church Street
New York, New York 10007

So Ordered
/s/ Nina Gershon
USDJ
1-4-17